No. 98–6941. GREEN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98–6944. BRADFIELD v. COMPTON ET AL. Ct. App. Tenn. Certiorari denied.

No. 98–6996. PEROTTI v. COLLINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7000. SANFORD v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–7011. SUMTER v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 98–7015. NOLLMEYER v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–7039. MARTINEZ v. NEW MEXICO ET AL. Sup. Ct. N. M. Certiorari denied.

No. 98–7044. THOMAS v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 98–7072. LAWHORN v. FLEMING, WARDEN, ET AL.; LAWHORN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.; and LAWHORN v. FLEMING, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7080. BURGESS v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7094. FERMIN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 98–7095. HOWARD v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–7125. HARRELL v. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION. C. A. D. C. Cir. Certiorari denied.

No. 98–7133. TURNER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.